UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 4:14-CR-250 CDP - 3 |
| | ) |
| MICHAEL SARACINO, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW Defendant, Michael Saracino, by and through counsel, and hereby moves this Court for leave to file Defendant's Letters of Support, under seal. In support of this motion, Counsel states as follows:

1. Defendant's Letters of Support contain privileged information not ordinarily available to the public.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /S/ Marc Johnson
MARC JOHNSON, #58065 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Stephen Casey, assistant United States attorney.